USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1542 JAMES MACFARLANE, Plaintiff, Appellant, v. PETER SMITH, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Shane Devine, Senior U.S. District Judge] __________________________ ____________________ Before Selya, Circuit Judge, _____________ Campbell, Senior Circuit Judge, ____________________ and Lynch, Circuit Judge. _____________ ____________________ James MacFarlane on brief pro se. ________________ Philip T. McLaughlin, Attorney General, and Daniel J. Mullen, _____________________ _________________ Senior Assistant Attorney General, Civil Bureau, on brief for appellee Peter Smith. Cynthia L. Fallon and Law Office of Rodney L. Stark, P.A. on __________________ _______________________________________ brief for appellee Jack P. Crisp, Jr. Diane M. Gorrow and Soule, Leslie, Kidder, Zelin, Sayward & _________________ ___________________________________________ Loughman on brief for appellee Beryl Rich. ________ ____________________ November 10, 1997 ____________________ Per Curiam. James MacFarlane appeals from the ___________ dismissal of his complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted. Having carefully reviewed the record, "it clearly appears that, on the facts alleged, the plaintiff cannot recover on any viable theory." Wagner v. Devine, 122 F.3d 53, 55 (1st ______ ______ Cir. 1997). We affirm the dismissal of MacFarlane's ______ complaint essentially for the reasons stated in the district court's Orders dated November 27, 1996 and March 27, 1997.  -2-